UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 26-MJ-00006-SMM

FILED BY __MB__ D.C.
Jan 30, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

v.

EMMANUEL BUSTAMANTE-LEANDRO,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   **No.**

                                      Respectfully submitted,

                                      JASON A. REDING QUIÑONES
                                      UNITED STATES ATTORNEY

         By: _____
                                      **CHRISTOPHER H. HUDOCK**
                                      Assistant United States Attorney
                                      Florida Bar No. 92454
                                      101 S. U.S. Highway 1, Suite 3100
                                      Fort Pierce, Florida 34950
                                      Tel: (772) 293-0951
                                      Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint                                                    AUSA Christopher H. Hudock

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of Florida

FILED BY __MB__ D.C.
**Jan 30, 2026**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

United States of America )
v. )
EMMANUEL BUSTAMANTE-LEANDRO, )   Case No. 26-MJ-00006-SMM
)
)
)
)
_Defendant(s)_

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 30, 2025__ in the county of __Indian River__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_Complainant's signature_

Cesar Barrientos, Resident Agent, USBP
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: January 30, 2026

_Judge's signature_

City and state: Fort Pierce, Florida      Shaniek Mills Maynard, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cesar Barrientos, first being duly sworn, hereby depose and state as follows:

1. I am employed as a United States Border Patrol Resident Agent, with Customs and Border Protection and the United States Department of Homeland Security. I have been a United States Border Patrol Agent for the last 25 years. I am currently the Vero Beach Resident Agent assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida. As a Border Patrol Resident Agent, my duties and responsibilities include enforcing federal criminal and administrative immigration laws of the United States.

2. As a Federal Agent, I have participated in investigations of persons suspected of violating a variety of federal laws governing the borders and the interior of the United States, which include immigration violations. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the execution of arrest and search and seizure warrants. As a federal agent, I am authorized to conduct investigations of, and to make arrests for, offenses involving immigration law violations, including those offenses enumerated in Titles 8, 18, 19, and 21 of the United States Code.

3. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Emmanuel BUSTAMANTE-LEANDRO ("BUSTAMANTE-LEANDRO"), committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

4. On or about December 30, 2025, I assisted the Fellsmere Police Department with the positive identification of a subject under their custody for Driving a Motor Vehicle Without a Valid Driver's License. The subject had presented a Mexican Voter Identification Card and

identified himself under Emmanuel BUSTAMANTE-LEANDRO. Further investigation through Department of Homeland Security Databases revealed that BUSTAMANTE-LEANDRO, was a Mexican national illegally present in violation of immigration law, who had been previously removed from the United States on two prior occasions.

5. On December 30, 2025, BUSTAMANTE-LEANDRO was booked at the Indian River County Jail pending criminal prosecution by the State of Florida for the above-mentioned charges. I contacted the Indian River County Jail and lodged an Immigration Detainer on the subject.

6. On January 26, 2026, BUSTAMANTE-LEANDRO was released from custody after being found guilty and sentenced to time served (27 days confinement). The Indian River County Jail honored the Immigration Detainer and BUSTAMANTE-LEANDRO'S custody was turned over to the U.S. Border Patrol. BUSTAMANTE-LEANDRO was transported to the West Palm Beach Border Patrol Station for further investigation and processing. Upon arrival to the West Palm Beach Border Patrol Station, BUSTAMANTE-LEANDRO'S fingerprints were electronically submitted to a federal database maintained by the Department of Homeland Security, which triggered a positive match for an alien previously removed from the United States under alien registration file AXXX XXX 814.

7. On January 28, 2026, I reviewed electronic copies of documents from the immigration alien file belonging to BUSTAMANTE LEANDRO, AXXX XXX 814. These records revealed that BUSTAMANTE-LEANDRO is a native and citizen of Mexico, who has an adverse immigration history, which includes two formal removals from the United States to Mexico. The records indicate that on or about June 13, 2018, BUSTAMANTE-LEANDRO, was arrested for illegally entering the United States, he was ordered removed from the United States via Expedited Removal on the same date, and formally removed to Mexico on June 14, 2018.

8. Thereafter, on or about August 24, 2018, BUSTAMANTE-LEANDRO illegally reentered the United States.

9. On or about August 25, 2018, BUSTAMANTE-LEANDRO was convicted of Illegally Entering the United States, in violation of Title 8, United States Code, Section 1325. BUSTAMANTE-LEANDRO was subsequently removed to Mexico on or about August 27, 2018.

10. I conducted a record check in the DHS Computer Linked Application Informational Management System (CLAIMS) to determine if BUSTAMANTE-LEANDRO had filed an application for permission to reapply for admission into the United States after his removal. No record was found to exist indicating that BUSTAMANTE-LEANDRO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

- SPACE LEFT INTENTIONALLY BLANK -

11. Based on the foregoing, I believe that there exists probable cause to believe that, on or about December 30, 2025, Emmanuel BUSTAMANTE-LEANDRO, an alien from Mexico, who has previously been removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Cesar Barrientos
Resident Agent
United States Border Patrol

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this ___30th___ day of January, 2026.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

4